213 So.2d 772

**Katherine Grey TODD**

v.

**The HIBERNIA NATIONAL BANK IN NEW ORLEANS.**

No. 49504.

Sept. 23, 1968.

In re: Katherine Grey Todd applying for writs of certiorari, prohibition and mandamus.

Writ refused. The showing made does nor warrant the exercise of our supervisory jurisdiction.